

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MATRICE L. ANDERSON | CASE NUMBER |
|---|---|
| PLAINTIFF(S)<br>v.<br>CITY OF LOS ANGELES, et al<br><br>DEFENDANT(S). | 07-CV-05612-SVW(RCx)<br><br>**JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |

This action having been tried before the Court sitting with a jury, the Honorable  Stephen V. Wilson  , District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Matrice L. Anderson

take nothing; that the action be dismissed on the merits; and that the defendant(s):

City of Los Angeles, et al

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

SHERRI R. CARTER, Clerk, U. S. District Court

Dated: 3/21/08

By _____
SHARON HALL-BROWN
Deputy Clerk

At: _____

cc: Counsel of record

CV-44 (11/96)                    JUDGMENT ON THE VERDICT FOR DEFENDANT(S)